No. 96–7185.  BATES *v.* UNITED STATES.  C. A. 7th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 96–474.  PACIFIC LUMBER CO. *v.* MARBLED MURRELET (BRACHYRAMPHUS MARMORATUS) ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–504.  LITTLE ET AL. *v.* BARRY, MAYOR OF THE DISTRICT OF COLUMBIA, ET AL.  Ct. App. D. C.  Certiorari denied.

No. 96–519.  HAMPTON TREE FARMS, INC. *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 96–563.  HARTLEY MARINE CORP. ET AL. *v.* PAIGE, TAX COMMISSIONER OF WEST VIRGINIA.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 96–602.  HAAS, PARENT AND NATURAL GUARDIAN OF GLENN *v.* CHATER, COMMISSIONER OF SOCIAL SECURITY.  C. A. 7th Cir.  Certiorari denied.

No. 96–635.  KIRCHGESSNER ET AL. *v.* WILENTZ ET AL.; and

No. 96–790.  PROBATION ASSOCIATION OF NEW JERSEY *v.* PORITZ ET AL.  C. A. 3d Cir.  Certiorari denied.  Reported below: 92 F. 3d 1171.

No. 96–650.  INTERCARGO INSURANCE CO., FKA INTERNATIONAL CARGO & SURETY CO. (SURETY FOR GENAUER) *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 96–676.  DESARNO ET UX. *v.* ALLEGHENY COUNTY ET AL. C. A. 3d Cir.  Certiorari denied.

No. 96–678.  BENNETT *v.* LAW FIRM OF JONES, WALDO, HOLBROOK & MCDONOUGH ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–680.  SKEEN ET AL. *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 96–703.  MERCHANT ET AL. *v.* LEVY ET AL.  C. A. 2d Cir. Certiorari denied.